**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MAYUMI BEREAU ALDERETE,    CASE NO.: 1:21-CV-20951

    Plaintiff,

v.

WAL-MART STORES EAST, LP, d/b/a WALMART SUPERCENTER #2727, a Foreign Limited Partnership

    Defendant.
_____/

## **SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the week of February 6, 2023. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| May 17, 2021 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| June 14, 2021 | The Parties shall file motions to amend pleadings or join Parties. |
| May 16, 2022 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| May 30, 2022 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| June 13, 2022 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 8, 2022 | The Parties shall complete all discovery, including expert discovery. |
| August 22, 2022 | The Parties shall complete mediation and file a |

CASE NO.: 1:21-CV-20951

|  |  |
|---|---|
|  | mediation report with the Court. |
| September 5, 2022 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| December 12, 2022 | The Parties shall each file one motion in *limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| January 9, 2023 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| January 9, 2023 | The Parties shall submit their deposition designations. |

Respectfully submitted,

*/s/ Irwin Ast*  
IRWIN AST, ESQ.  
**LAW OFFICE OF IRWIN AST**  
2121 SW 3rd Avenue, Suite 401  
Miami, Florida 33129  
Tel: (305) 307-5208  
Email: irwin@astlawfirm.com

*Attorney for Plaintiff*

*/s/ Christine M. Manzo*  
CHRISTINE MANZO, ESQ.  
**LIEBLER, GONZALEZ & PORTUONDO**  
44 West Flagler Street, 25th Floor  
Miami, FL 33130  
Tel: 305-379- 0400  
Fax: (305) 379-9626  
Email: cmm@lgplaw.com

*Attorneys for Defendant*